IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA,

VS.

**JOHN FRANK ARATA,**

Defendant

NO. 5: 10-CR-33 (CAR)

RE: VIOLATION OF CONDITIONS OF RELEASE

# O R D E R

Defendant JOHN FRANK ARATA this day appeared before the undersigned with legal counsel, Mr. Reza Sedghi of the Macon Bar, for a hearing on a PETITION FOR ACTION ON CONDITIONS OF PRETRIAL RELEASE filed on June 9, 2010 by U. S. Probation Officer Leigh R. Swicord. The government was represented at the hearing by Assistant U. S. Attorney Verda M. Colvin.

Defendant ARATA admitted under oath that he had violated conditions of pretrial release on or about May 25, 2010 by committing the offenses of DRIVING UNDER THE INFLUENCE and DRIVING ON A CLOSED ROADWAY in Washington County, Georgia. The court heard from counsel for the government, counsel for the defendant, the defendant, and U. S. Probation Office Swicord on the issue of disposition in light of the defendant's admission.

**Accordingly, IT IS ORDERED AND DIRECTED:**

(1) that disposition of this matter be, and it is, **CONTINUED** until further order of the court;

(2) that, in the meantime,

> (a) defendant ARATA shall be **released from custody** and shall continue under pretrial supervision subject to **all** of the conditions heretofore imposed upon him;

(b) that defendant ARATA is specifically ordered to refrain from the use of illegal drugs and to submit to drug/alcohol testing as directed by the U.S. Probation Office;

(c) that defendant ARATA is specifically ordered to attend drug treatment and counseling as directed by the Probation Office;

(d) that defendant ARATA is specifically ordered to report to his pretrial service/probation officer as directed and keep the U. S. Probation Office informed of his whereabouts; and,

(e) that defendant ARATA' probation officer shall **immediately** notify this court if defendant ARATA fails to abide by the above-stated orders and/or any other provisions of the Order of Pretrial Release, as amended.

IN THE EVENT OF <u>REPORTED</u> VIOLATIONS, THE COURT WILL IMMEDIATELY ENTER AN ORDER REVOKING MR. ARATA'S ORDER OF PRETRIAL RELEASE AND REMAND HIM TO THE CUSTODY OF THE U. S. MARSHAL *<u>WITHOUT FURTHER HEARING</u>*, BASED SOLELY UPON THE VIOLATION THIS DAY FOUND BY THE COURT.

SO ORDERED AND DIRECTED, this 22nd day of JUNE, 2010.

CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE